| | |
|---|---|
| 1 | PATRICK J. BAILEY (SBN 087817) |
|   | JONATHAN H. ERB (SBN 88303) |
| 2 | LHB PACIFIC LAW PARTNERS, LLP |
|   | 5858 Horton Street, Suite 370 |
| 3 | Emeryville, CA 94608 |
|   | Phone: (510) 841-7777 |
| 4 | Fax: (510) 841-7776 |
| 5 | WALTER D. WILLSON (*pro hac vice*) |
|   | WELLS MARBLE & HURST, PLLC |
| 6 | 300 Concourse Blvd., Suite 200 |
|   | Ridgeland, MS 39157 |
| 7 | Phone: (601) 605-6900 |
|   | Fax: (601) 605-6901 |

Attorneys for Defendant
UNION SECURITY LIFE INSURANCE COMPANY

**FILED**
JUL 26 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JASVIRO MUNDI, as successor in Interest to Harnam Singh Mundi,

    Plaintiff,

v.

UNION SECURITY LIFE INSURANCE COMPANY and Does 1 to 20, inclusive

    Defendants.

Case No.: 1:06-CV-01493-OWW-TAG

**STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES BY 30 DAYS; ORDER ON STIPULATION**

IT IS STIPULATED that the last dates to disclose experts, and supplemental experts, are extended 30 days. The extensions are: for experts from August 1 to August 31, 2007 and for supplemental experts from September 3 to October 3, 2007.

DATED: July 25, 2007                    LHB PACIFIC LAW PARTNERS, LLP

/s/ Jonathan H. Erb
JONATHAN H. ERB
Attorneys for Defendant UNION SECURITY LIFE INSURANCE COMPANY

1

Case No. 1:06-CV-01493-OWW-TAG                    Stipulation to Extend Expert Disclosure

1 | DATED: July 25, 2007        THE REICH LAW FIRM

        *[signature]*
        JEFF REICH
        Attorneys for Plaintiff JASVIRO MUNDI

## ORDER ON STIPULATION

GOOD CAUSE APPEARING IN THE ACCOMPANYING DECLARATION IN SUPPORT OF THE STIPULATION, IT IS SO ORDERED.

7-25-07        *[signature]*
        HON. OLIVER W. WANGER
        Judge of the United States District Court