PATRICK J. BAILEY (SBN 087817)
JONATHAN H. ERB (SBN 88303)
LHB PACIFIC LAW PARTNERS, LLP
5858 Horton Street, Suite 370
Emeryville, CA  94608
Phone:  (510) 841-7777
Fax:      (510) 841-7776

WALTER D. WILLSON (*pro hac vice*)
WELLS MARBLE & HURST, PLLC
300 Concourse Blvd., Suite 200
Ridgeland, MS  39157
Phone:  (601) 605-6900
Fax:      (601) 605-6901

Attorneys for Defendant
UNION SECURITY LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASVIRO MUNDI, as successor in Interest to Harnam Singh Mundi<br><br>                    Plaintiff,<br><br>          v.<br><br>UNION SECURITY LIFE INSURANCE COMPANY and Does 1 to 20, inclusive<br><br>                    Defendants. | Case No.: 1:06-CV-01493-OWW-TAG<br><br>**STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES BY 30 DAYS; ORDER ON STIPULATION** |

IT IS STIPULATED that the last dates to disclose experts, and supplemental experts, are extended 30 days. The extensions are: for experts from August 1 to August 31, 2007 and for supplemental experts from September 3 to October 3, 2007.

DATED: July ___, 2007                    LHB PACIFIC LAW PARTNERS, LLP


                                                            _____
                                                            JONATHAN H. ERB
                                                            Attorneys for Defendant UNION SECURITY LIFE INSURANCE COMPANY

1

Case No. 1:06-CV-01493-OWW-TAG                        Stipulation to Extend Expert Disclosure

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED: July ___, 2007                THE REICH LAW FIRM

2

3

4                                       _____
                                        JEFF REICH
                                        Attorneys for Plaintiff JASVIRO MUNDI
5

6

7                           ORDER ON STIPULATION

8   GOOD CAUSE APPEARING IN THE ACCOMPANYING DECLARATION IN

9   SUPPORT OF THE STIPULATION, IT IS SO ORDERED.

10

11  DATED:  7/26/2007         /S/ Oliver W. Wanger_____
                              HON. OLIVER W. WANGER
12                            Judge of the United States District Court

13

[line numbers 14–28 blank]

LHB Pacific Law Partners, LLP
5858 Horton Street, Suite 370
Emeryville, CA 94608
(510) 841-7777 - Facsimile (510) 841-7776

PDF created with pdfFactory trial version www.pdffactory.com