PATRICK J. BAILEY (SBN 087817)
pbailey@plawp.com
JONATHAN H. ERB (SBN 88303)
jerb@plawp.com
LHB PACIFIC LAW PARTNERS, LLP
5858 Horton Street, Suite 370
Emeryville, CA  94608
Phone:  (510) 841-7777
Fax:       (510) 841-7776

WALTER D. WILLSON (*pro hac vice*)
wwillson@wellsmar.com
WELLS MARBLE & HURST, PLLC
300 Concourse Blvd., Suite 200
Ridgeland, MS  39157
Phone:  (601) 605-6900
Fax:       (601) 605-6901

Attorneys for Defendant
UNION SECURITY LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASVIRO MUNDI, as successor in Interest to Harnam Singh Mundi,<br><br>            Plaintiff,<br><br>       v<br><br>UNION SECURITY LIFE INSURANCE COMPANY and Does 1 to 20, inclusive<br><br>            Defendants. | Case No.:  1:06-CV-01493-OWW-TAG<br><br>**ORDER GRANTING MOTION TO STAY PROCEEDINGS PENDING APPEAL TO THE NINTH CIRCUIT**<br><br>**Date:        August 6, 2007**<br>**Time:       10:00 a.m.**<br>**Judge:      Hon. Oliver W. Wanger** |

Defendant Union Security Life Insurance Company's ("USLIC") Motion to Stay Proceedings Pending Appeal to the Ninth Circuit, came on regularly for hearing on August 6, 2007, before the Honorable Oliver W. Wanger.  David Demo appeared for defendant; Jeff Reich appeared for plaintiff.  This matter having been fully argued and considered, and proof being made to the satisfaction of this Court:

1

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY ORDERED that USLIC's Motion to Stay is GRANTED.
2  All proceedings in this Court, including discovery, are STAYED, pending
3  resolution of USLIC's appeal from the May 30, 2007, Order denying its motion to
4  compel arbitration.  The Scheduling Conference Order, filed on March 8, 2007, is
5  hereby VACATED.

7  DATED:  August 30, 2007

10  /s/ OLIVER W. WANGER
    THE HON. OLIVER W. WANGER
    United States District Court Judge