Jeff Reich—067250
Shane Reich—222948
**THE REICH LAW FIRM**
8441 N. MILLBROOK, SUITE 104
FRESNO, CA 93720
—
559-440-1191
Fax: (559) 432-9092

Attorneys for Jasviro Mundi as successor in interest to Harnam Singh Mundi.

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jasviro Mundi, as successor in interest to Harnan, Singh Mundi<br><br>Plaintiff,<br><br>v.<br><br>Union Security Life Insurance Co., and Does 1 to 20, inclusive<br><br>Defendants. | Case No.: 1:06-CV-01493-OWW-TAG<br><br>STIPULATION TO EXTEND DATES FOR EXPERT DISCLOSURES BY 7 DAYS<br><br>Trial Date:   July 13, 2010<br>Judge:   Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED that the dates to disclose experts, and supplemental experts, are extended 7 days. The extensions are for experts from December 10 to December 17, 2009 and for supplemental experts from January 11 to January 18, 2010.

Dated: December 15, 2009.

                                                THE REICH LAW FIRM

                                                By /s/ Jeff Reich
                                                    Jeff Reich,
                                                    Attorney for Plaintiff

1

PDF created with pdfFactory trial version www.pdffactory.com

Dated: December 17th, 2009.

                                WELLS, MARBLE & HURST, PLLC

                                By /s/ Kevin A. Rogers
                                  Kevin A. Rogers
                                  Attorneys for Defendant

## **ORDER ON STIPULATION**

IT IS SO ORDERED.

Date: December 18, 2009                          /s/ OLIVER W. WANGER
                                                HON. OLIVER W. WANGER
                                                Judge of the United States District Court

PDF created with pdfFactory trial version www.pdffactory.com