PATRICK J. BAILEY (SBN 087817)
pbailey@plawp.com
LHB PACIFIC LAW PARTNERS, LLP
5858 Horton Street, Suite 370
Emeryville, CA 94608
Phone: (510) 841-7777
Fax:     (510) 841-7776

WALTER D. WILSON (*pro hac vice*)
wwilson@wellsmar.com
Kevin A. Rogers (*pro hac vice*)
krogers@wellsmar.com
WELLS MARBLE & HURST, PLLC
300 Concourse Blvd., Suite 200
Ridgeland, MS 39157
Phone: (601) 605-6900
Fax:     (601) 605-6901

Attorneys for Defendant
UNION SECURITY LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASVIRO MUNDI, as successor in Interest to Harnam Singh Mundi<br><br>                    Plaintiff,<br><br>     v.<br><br>UNION SECURITY LIFE INSURANCE COMPANY., and Does 1 to 20, inclusive<br><br>                    Defendants. | Case No.: 1:06-cv-1493-OWW-GSA<br><br>**JOINT STIPULATION TO EXTEND DEADLINES 60 DAYS AND CONTINUE TRIAL DATE 60 DAYS** |

.

1

1  Plaintiff Jasviro Mundi and Defendant Union Security Life Insurance Company, by and
2  through counsel, hereby jointly stipulate and agree to extend the deadlines in this matter 60 days
3  and to continue the trial date 60 days to the following proposed dates:
4      1.    Deadline to Complete Discovery – April 26, 2010.
5      2.    Deadline to File Non-Dispositive Motions – May 10, 2010.
6      3.    Hearing Date on Non-Dispositive Motions – June 18, 2010 at 9:00AM, in
7      Courtroom 10 before Magistrate Judge Austin.
8      4.    Deadline to File Dispositive Motions – May 25, 2010.
9      5.    Hearing Date on Dispositive Motions – June 28, 2010 at 10:00AM, in Courtroom
10     3 before Judge Wanger.
11     6.    Pre-Trial Conference date – August 2, 2010 at 11:00AM, in Courtroom 3 before
12     Judge Wanger.
13     7.    Trial Date – September 14, 2010 at 9:00AM, in Courtroom 3 before Judge
14     Wanger.
15     8.    Settlement Conference – May 10, 2010 at 10:30AM, in Courtroom 10 before
16     Magistrate Judge Austin.
17 The parties have not previously sought to extend any of the above-referenced deadlines.
18 The parties respectfully request that this Court enter an order approving the stipulation as set
19 forth herein.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Date: December 17, 2009 | THE REICH LAW FIRM |
| 2 | | |
| 3 | | /s/ Jeff Reich |
| 4 | | JEFF REICH<br>Attorney for Plaintiff |
| 5 | | |
| 6 | Date: December 17, 2009 | WELLS MARBLE AND HURST, PLLC |
| 7 | | |
| 8 | | |
| 9 | | /s/ Kevin A. Rogers<br>KEVIN A. ROGERS |
| 10 | | Attorney for Defendant |

## ORDER ON STIPULATION

**NO FURTHER CONTINUANCES.**

It is so ordered.

Date:   December 18, 2009          /s/ OLIVER W. WANGER
                                   HON OLIVER W. WANGER
                                   UNITED STATES DISTRICT JUDGE

3

JOINT STIPULATION TO EXTEND DEADLINES
60 DAYS AND TO CONTINUE TRIAL DATE 60 DAYS

CV 061493

PDF created with pdfFactory trial version www.pdffactory.com