PATRICK J. BAILEY (SBN 087817)
pbailey@plawp.com
LHB PACIFIC LAW PARTNERS, LLP
5858 Horton Street, Suite 370
Emeryville, CA  94608
Phone:  (510) 841-7777
Fax:     (510) 841-7776

WALTER D. WILLSON (*pro hac vice*)
wwillson@wellsmar.com
Kevin A. Rogers (*pro hac vice*)
krogers@wellsmar.com
WELLS MARBLE & HURST, PLLC
300 Concourse Blvd., Suite 200
Ridgeland, MS  39157
Phone:  (601) 605-6900
Fax:     (601) 605-6901

Attorneys for Defendant
UNION SECURITY LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASVIRO MUNDI, as successor in Interest to Harnam Singh Mundi<br><br>Plaintiff,<br><br>v<br><br>UNION SECURITY LIFE INSURANCE COMPANY and<br>Does 1 to 20, inclusive,<br><br>Defendants. | Case No.: 1:06-cv-1493-OWW-GSA<br><br>JOINT STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE<br><br>Trial Date: July 13, 2010<br>Hon. Oliver W. Wanger |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE    1    1:06-CV-01493-OWW-GSA

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Jasviro Mundi and Defendant Union Security jointly stipulate and agree to the dismissal of all claims in this proceeding with prejudice, with each party to bear its own costs.

Dated March 16, 2010

WELLS MARBLE AND HURST, PLLC

By:  s/Kevin A. Rogers
    Kevin A. Rogers
    Attorney for Defendant

Dated March 15, 2010

THE REICH LAW FIRM

By:  s/Jeff Reich
    Jeff Reich,
    Attorney for Plaintiff

IT IS SO ORDERED.

**Dated:   March 19, 2010**               /s/ **Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE